```
                      3RD DISTRICT COURT
                 SALT LAKE COUNTY, STATE OF UTAH


                  YOUNIQUE LLC vs. KYLIE RIEGLER
CASE NUMBER 200904824 Contracts
_____

CURRENT ASSIGNED JUDGE
        ADAM MOW


PARTIES
        Plaintiff - YOUNIQUE LLC
        Represented by: CHRISTOPHER MARTINEZ
        Represented by: KRISTEN OLSEN
        Represented by: MILO STEVEN MARSDEN

        Defendant - KYLIE RIEGLER
        Represented by: SAMUEL STRAIGHT
        Represented by: WHITNEY KROGUE



ACCOUNT SUMMARY
             Total Revenue Amount Due:          625.00
                         Amount Paid:           625.00
                      Amount Credit:              0.00
                             Balance:             0.00
        REVENUE DETAIL - TYPE: COMPLAINT - NO AMT S
                 Original Amount Due:           375.00
                  Amended Amount Due:           375.00
                         Amount Paid:           375.00
                      Amount Credit:              0.00
                             Balance:             0.00


        REVENUE DETAIL - TYPE: JURY DEMAND - CIVIL
                 Original Amount Due:           250.00
                  Amended Amount Due:           250.00
                         Amount Paid:           250.00
                      Amount Credit:              0.00
                             Balance:             0.00



CASE NOTE



PROCEEDINGS
07-31-2020   Filed: Complaint (Jury Trial Demanded)
07-31-2020   Case filed by efiler


08-07-2020 09:44 AM                                    Page 1 of 3
```

```
CASE NUMBER: 200904824 Contracts
07-31-2020   Fee Account created Total Due: 375.00
07-31-2020   Fee Account created
07-31-2020   Fee Account created Total Due: 250.00
07-31-2020   Fee Account created
07-31-2020   COMPLAINT - NO AMT S   375.00
07-31-2020   JURY DEMAND - CIVIL   250.00
07-31-2020   Judge ADAM MOW assigned.
07-31-2020   Filed: Return of Electronic Notification
07-31-2020   Filed: Motion for Temporary Order (Temporary Restraining Order
             and Preliminary Injunction)
                     Filed by: YOUNIQUE LLC
07-31-2020   Filed: Exhibit 1 - proposed TRO
07-31-2020   Filed: Exhibit 2 - Declaration of Breckan Humiston in Support
             of Youniques Motion for Temporary Restraining Order
07-31-2020   Filed: Temporary Restraining Order (Proposed)
07-31-2020   Filed: Return of Electronic Notification
08-03-2020   Filed order: Minute Entry
                 Judge ADAM MOW
                 Signed August 03, 2020
08-03-2020   Note: Minute Entry emailed to all parties. SK
08-03-2020   NOTICE for Case 200904824 ID 21070832
                 Judge: ADAM MOW
             WEBEX TEMPORARY RESTRAIN ORDER is scheduled.
                 Date: 08/06/2020
                 Time: 01:30 p.m.
                 Location: FOURTH FLOOR-W45
                 THIRD DISTRICT COURT
                 450 SOUTH STATE STREET
                 SALT LAKE CITY, UT 84114-1860
                 Before Judge: ADAM MOW
08-03-2020   WEBEX TEMPORARY RESTRAIN ORDER scheduled on August 06, 2020 at
             01:30 PM in FOURTH FLOOR-W45 with Judge ADAM MOW
08-03-2020   Filed: Notice for Case 200904824 CN: Judge   ADAM MOW
08-04-2020   Filed: Return of Electronic Notification
08-04-2020   Filed return: Return of Service
                 Party Served: KYLIE RIEGLER
                 Service Type: Personal
                 Service Date: August 03, 2020
                     Garnishee:
08-04-2020   Filed: Return of Electronic Notification
08-05-2020   Filed: Appearance of Counsel/Notice of Limited Appearance
08-05-2020   Filed: Appearance of Counsel/Notice of Limited Appearance
08-05-2020   Filed: Return of Electronic Notification
08-05-2020   Filed: Return of Electronic Notification
08-05-2020   Filed: Notice of Removal
08-05-2020   Filed: Return of Electronic Notification
```

```
CASE NUMBER: 200904824 Contracts
08-05-2020   Filed order: Minute Entry
                Judge ADAM MOW
                Signed August 05, 2020
08-05-2020   Filed: Return of Electronic Notification
08-06-2020   Filed: Other - Not Signed Temporary Restraining Order
             (Proposed)
08-06-2020   Filed: Return of Electronic Notification
```