Samuel C. Straight (7638)
Whitney Hulet Krogue (15184)
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah  84145-0385
Telephone:  (801) 532-1500
sstraight@rqn.com
WKrogue@rqn.com
*Attorneys for Defendant Kylie Riegler*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| YOUNIQUE, LLC, a Utah limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>Kylie Riegler, an individual,<br><br>Defendant. | **STIPULATED JOINT MOTION TO DISMISS WITH PREJUDICE**<br><br>Case No. 2:20-cv-00563-RJS<br><br>Judge Robert J. Shelby |

Pursuant to Rule 41 of the Federal Rules of Civil Procedure and the parties' settlement agreement, all parties to this action, through their undersigned counsel, stipulate and hereby move to dismiss the above-captioned action with prejudice. All parties shall bear their own respective attorneys' fees and costs. A proposed order is submitted herewith.

DATED this 10th day of August, 2020.

                              RAY QUINNEY & NEBEKER P.C.


                              /s/ *Whitney Hulet Krogue*
                              Samuel C. Straight
                              Whitney Hulet Krogue

*Attorneys for Defendant Kylie Riegler*

DORSEY & WHITNEY LLP

/s/ * *Chris Martinez*
Milo Steven Marsden
Chris Martinez
Kristen Olsen

*Attorneys for Plaintiff Younique, LLC*

*\*Electronically signed with permission by Whitney Hulet Krogue*

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of August, 2020, I caused to be served by electronic mail a true and correct copy of the foregoing **STIPULATED JOINT MOTION TO DISMISS WITH PREJUDICE** on the following:

Milo Steven Marsden
Chris Martinez
Kristen Olsen
DORSEY & WHITNEY LLP
111 South Main Street, 21st Floor
Salt Lake City, UT 84111
Marsden.steve@dorsey.com
Martinez.chris@dorsey.com
Olsen.kristen@dorsey.com
*Attorneys for Plaintiff Younique, LLC*

/s/ *Garrison Lamb*