Samuel C. Straight (7638)
Whitney Hulet Krogue (15184)
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
sstraight@rqn.com
WKrogue@rqn.com
*Attorneys for Defendant Kylie Riegler*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| YOUNIQUE, LLC, a Utah limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>Kylie Riegler, an individual,<br><br>Defendant. | **ORDER OF DISMISSAL**<br><br>Case No. 2:20-cv-00563-RJS<br><br>Chief Judge Robert J. Shelby |

Based upon the stipulated joint motion of the parties[1] and good cause appearing,

IT IS HEREBY ORDERED that the above-captioned action is dismissed with prejudice.

Each party shall bear its own attorneys' fees and costs.

---

[1] Dkt. 12.

DATED this 11th day of August, 2020

**BY THE COURT:**

_____
Robert J. Shelby
Chief United States District Judge